MANUEL P. ALVAREZ (CA Bar #253874)
LAWRENCE BROWN (TX Bar #24040586)
THOMAS WARD (IL Bar #6291011)
Telephone: (202) 384-7976
Manuel.Alvarez@cfpb.gov
Lawrence.Brown@cfpb.gov
Thomas.Ward@cfpb.gov

Attorneys for Plaintiff
Consumer Financial Protection Bureau

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>        Plaintiff,<br><br>        v.<br><br>Castle & Cooke Mortgage, LLC; Matthew A. Pineda, individually; and Buck L. Hawkins, individually,<br><br>        Defendants. | **Case No. 2:13CV684DAK**<br><br>**STIPULATION AND JOINT MOTION TO ENTER STIPULATED FINAL JUDGMENT AND ORDER**<br><br>Hon. Dale A. Kimball |

Plaintiff Consumer Financial Protection Bureau and Defendants Castle & Cooke Mortgage, LLC, Matthew A. Pineda, and Buck L. Hawkins jointly request that the Court enter the proposed Stipulated Final Judgment and Order, attached as Attachment 1.

FOR CONSUMER FINANCIAL PROTECTION BUREAU:

/s/ Manuel P. Alvarez
Manuel P. Alvarez (admitted *pro hac vice*)
Lawrence Brown (admitted *pro hac vice*)
Thomas Ward (admitted *pro hac vice*)
*Enforcement Attorneys*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: 202-384-7976
Facsimile: 202-435-7722


FOR CASTLE & COOKE MORTGAGE LLC:

VAN COTT, BAGLEY, CORNWALL & McCARTHY

By: /s/ Alex B. Leeman (e-signed with permission)
    Thomas T. Billings (0331)
    Alex B. Leeman (12578)
    VAN COTT, BAGLEY, CORNWALL & MCCARTHY
    36 South State Street, Suite 1900
    Salt Lake City, Utah 84111
    Telephone: (801) 532-3333

By: /s/ Nancy R. Thomas (e-signed with permission)
    Nancy R. Thomas (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
    Los Angeles, California 90017-3543
    Telephone: (213) 892-5200



FOR DEFENDANTS MATTHEW A. PINEDA
AND BUCK L. HAWKINS:

CLYDE SNOW & SESSIONS

By: /s/ Neil A. Kaplan (e-signed with permission)
    Neil A. Kaplan (3974)
    Anneli R. Smith (4507)
    CLYDE SNOW & SESSIONS
    201 S. Main Street, 13th Floor
    Salt Lake City, Utah 84111
    Telephone: (801) 322-2516

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2013, I served the foregoing **STIPULATION AND JOINT MOTION TO ENTER STIPULATED FINAL JUDGMENT AND ORDER** upon the following, via the Court's electronic filing system:

>Jared C. Bennett
>U.S. Attorney's Office
>Salt Lake City, Utah
>jared.bennett@usdoj.gov
>
>Alex B. Leeman
>VAN COTT, BAGLEY, CORNWALL & MCCARTHY
>Salt Lake City, Utah
>aleeman@vancott.com
>
>Nancy R. Thomas
>MORRISON & FOERSTER LLP
>Los Angeles, California
>nthomas@mofo.com
>
>Neil A. Kaplan
>CLYDE SNOW & SESSIONS
>Salt Lake City, Utah
>nak@clydesnow.com
>
>Anneli R. Smith
>CLYDE SNOW & SESSIONS
>Salt Lake City, Utah
>ars@clydesnow.com

/s/ Manuel P. Alvarez